
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

BRIAN C. ANDERSON (S.B. # 126539)
banderson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant Ford Motor Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIF ROSSER, JOE D'AGUANNO, DEB MAKOWSKI, JASON ZUCHOWSKI, ART AVEDISIAN, JOSE RANDY RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. CV 13-3471-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6–1)**<br><br>Complaint served:          July 29, 2013<br>Current response date:   August 19, 2013<br>**New response date:      September 9, 2013** |

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

WHEREAS, Plaintiff Grif Rosser filed his Complaint in the above-titled action in this Court on July 26, 2013, and served it on Defendant Ford Motor Company on July 29, 2013;

WHEREAS, the deadline for Ford to answer or otherwise respond to the Complaint is August 19, 2013;

WHEREAS, the parties have agreed to extend Ford's deadline to answer or otherwise respond to the Complaint by 21 days;

WHEREAS, in accordance with Civil L.R. 6–1(a), this extension will not change any event or deadline already fixed by Court order; and

WHEREAS, execution of this stipulation is not a waiver of any claims or defenses Plaintiff or Defendant may otherwise have;

THEREFORE, IT IS HEREBY STIPULATED by Plaintiff and Ford, through their counsel of record herein, in accordance with Civil L.R. 6–1(a), that Ford shall have up to and including September 9, 2013 to answer or otherwise respond to the Complaint.

Dated: August 19, 2013

Adam J. Levitt
GRANT & EISENHOFER P. A.

By: /s/ Adam J. Levitt
     Adam J. Levitt

Attorneys for Plaintiff Grif Rosser, on behalf of himself and all others similarly situated

Dated: August 19, 2013

Randall W. Edwards
Brian A. Anderson
O'MELVENY & MYERS LLP

By: /s/ Randall W. Edwards
     Randall W. Edwards

Attorneys for Defendant Ford Motor Company

Dated: Aug. 20, 2013

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**FILER'S ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  August 19, 2013

RANDALL W. EDWARDS
O'MELVENY & MYERS LLP


By:     /s/ Randall W. Edwards
            Randall W. Edwards

Attorney for Defendant Ford Motor Company